UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVY WOODRUFF,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JONATHAN GREENBURG, et al.,<br><br>　　　　　Defendants. | No. C 22-02788 WHA<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION TO DISMISS COMPLAINT** |

　　Judge Kandis Westmore's Report and Recommendation regarding the above-entitled RICO complaint (Dkt. No. 10) found plaintiff's pleading frivolous and failed to properly state a claim. She explained that plaintiff brought her complaint against more than fifty defendants that allegedly participated in crimes against plaintiff ranging from HIPPA violations and falsifying tax returns to false imprisonment and attempted murder. Judge Westmore found these allegations frivolous and further concluded that plaintiff had also not stated a claim under RICO. Accordingly, she recommended that plaintiff's complaint be dismissed without leave to amend.

　　The parties have had twenty-one days to file written objections to Judge Westmore's recommendations. As of August 31, 2022, no objections have been filed.

　　The Court, having reviewed the recommendations *de novo* and for good cause appearing, hereby accepts and adopts Judge Westmore's Report and Recommendations in full. Accordingly, the complaint is **DISMISSED WITHOUT LEAVE TO AMEND**. The clerk shall close the file. **IT IS SO ORDERED.**

Dated: August 31, 2022.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE