United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IVY WOODRUFF,

          Plaintiff,

    v.

JONATHAN GREENBURG, et al.,

          Defendants.

No.  C 22-02788 WHA

**JUDGMENT**

    For the reasons stated in the accompanying order dismissing this action, final judgment is hereby entered in favor of defendants and against plaintiff.  The Clerk shall close the file.

    **IT IS SO ORDERED.**

Dated:  August 31, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE